BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-CR-0517 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | (Proposed) ORDER SETTING |
| v. | ) | CHANGE OF PLEA |
| | ) | |
| DAVID DELFINO ORTEGA, | ) | Date: Friday, January 8, 2010 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Court: Hon. Garland E. Burrell |
| | ) | |

The government respectfully ask that this matter be placed on the Court's criminal calendar on Friday, January 8, 2010, for arraignment and change of plea.  The parties have reached a plea agreement and the defendant intends to waive his right to a Grand Jury and enter a guilty plea to the Information filed on December 9, 2009.

DATED: December 10, 2009          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney


                              By:  /s/ Kyle Reardon
                                   KYLE REARDON
                                   Assistant U.S. Attorney

**O R D E R**

A status hearing is scheduled at the time and date requested.

Dated:  December 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge