BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-00517-GEB |
| ) Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) v. ) | |
| DAVID DELFINO ORTEGA, ) | |
| ) Defendant. ) | |

WHEREAS, on January 28, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant David Delfino Ortega forfeiting to the United States the following property:

    a) One HP Pavilion desktop computer A1730, serial number MZZ7006L9;

    b) One HP Pavilion tower, serial number GFDM12030418A; and

    c) One Dell Inspiron laptop computer, service number FGM9H81.

AND WHEREAS, beginning on February 5, 2010, for at least 30 consecutive days, the United States published notice of the

1  Court's Order of Forfeiture on the official internet government
2  forfeiture site www.forfeiture.gov.  Said published notice
3  advised all third parties of their right to petition the court
4  within sixty (60) days from the first day of publication of the
5  notice for a hearing to adjudicate the validity of their alleged
6  legal interest in the forfeited property;
7     AND WHEREAS, the Court has been advised that no third party
8  has filed a claim to the subject property, and the time for any
9  person or entity to file a claim has expired.
10     Accordingly, it is hereby ORDERED and ADJUDGED:
11     1.  A Final Order of Forfeiture shall be entered forfeiting
12  to the United States of America all right, title, and interest in
13  the above-listed property pursuant to 18 U.S.C. § 2253, to be
14  disposed of according to law, including all right, title, and
15  interest of David Delfino Ortega.
16     2.  All right, title, and interest in the above-listed
17  property shall vest solely in the United States of America.
18     3.  The U.S. Marshals Service shall maintain custody of and
19  control over the subject property until it is disposed of
20  according to law.

Dated:  May 5, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge